UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

Petitioner,

v.

RONALD DAVIS,

Respondent.

Case No. 19-cv-01679-RS (PR)

**ORDER OF DISMISSAL**

This federal habeas action is DISMISSED as duplicative of another pending habeas action (*Bonilla v. Ayers*, 08-cv-00471-YGR). The Clerk shall enter judgment in favor of respondent and close the file.

The Clerk shall also modify the docket to reflect that Ronald Davis, the warden at the prison at which petitioner is housed, is the sole respondent in this action. Petitioner named other persons as respondents, including several federal judges in this district. Davis is the sole proper respondent in this action, as he is the custodian having day-to-day control over petitioner, the only person who can produce "the body" of the petitioner. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (quoting *Guerra v. Meese*, 786 F.2d 414, 416 (D.C. Cir. 1986)).

A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

**Dated:** April 23, 2019

_____
RICHARD SEEBORG
United States District Judge